UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JULIAN D. GREEN, as Limited Administrator of the
ESTATE OF JULIAN L. COLEMAN,

                Plaintiff,

                                    **Case No.: 6:24-cv-6404**

-against-

RURAL/METRO OF ROCHESTER, INC., NICOLE KUNTZ,
MELANIE TORRES, GREGORY SMITH, THE CITY OF ROCHESTER,
CHRISTOPHER MORALES, JONATHAN NETTNIN,
ADAM WHITE and NICHOLAS GIFFORD,

                Defendants.

---

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

---

        As and for its Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1, defendants, Rural/Metro of Rochester, Inc., Melanie Torres and Gregory Smith, (hereinafter referred to as "answering defendants"), by and through counsel, Phelan, Phelan & Danek, LLP, state the following:

        (1) Rural/Metro of Rochester, Inc., is a domestic corporation authorized to do business in New York State and is wholly owned by Rural/Metro of New York, Inc..

DATED:  August 11, 2025
        Albany, New York

                                Yours, etc.,

                                PHELAN, PHELAN & DANEK, LLP

                                By: *Timothy S Brennan*_____
                                  TIMOTHY S. BRENNAN
                                  *Attorneys for Defendants,*
                                  *Rural/Metro of Rochester, Inc,.*
                                  *Melanie Torres and Gregory Smith*
                                  *300 Great Oaks Blvd, Suite 315*
                                  *Albany, New York 12203*
                                  *518-640-6900*
                                  *tim@ppdlawfirm.com*

{A0769832.1 }